Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| TIG INSURANCE COMPANY, successor in interest to AMERICAN SAFETY INDEMNITY COMPANY,<br><br>    Plaintiff,<br><br>  vs.<br><br>NATIONAL FIRE INSURANCE COMPANY OF HARTFORD,<br><br>    Defendant. | No. 2:18-cv-01765-MJP<br><br>ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS |

THIS MATTER having come on before the above-entitled court by stipulation of the parties through their counsel of record, now, therefore, it is hereby ORDERED that all claims herein be dismissed with prejudice and without costs or attorney's fees to any party.

Done this 26th day of June, 2019.

_Marsha J. Pechman_
Marsha J. Pechman
United States District Judge